UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    vs.                        CASE NO. 8:04-CR-237-T-24EAJ

**LE DRAKE ANTWAN GAMBLE**
_____/

**ORDER**

    The Fair Sentencing Act of 2010, Pub. L. 111-220, reduced penalties for crack cocaine offenses and directed the sentencing commission to review and amend the guidelines to account for the reductions. The Sentencing Commission promulgated an amendment to §2D1.1, which became effective November 1, 2010. The Commission has not at this time decided this Amendment should be applied retroactively to defendants sentenced before November 1, 2010.

    Defendant **Le Drake Antwan Gamble** was sentenced on November 9, 2004 to 120 months for one count of possession with intent to distribute and distribution of five (5) grams or more of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) and 120 months concurrent on one count of felon in possession of a firearm. Defendant Gamble's sentence was reduced on September 8, 2008 to 100 months imprisonment based on Amendments 706 and 711 to the sentencing guidelines. Those amendments were

specifically made retroactive by the Sentencing Commission.

Le Drake Antwan Gamble has filed a motion seeking a further reduction of his sentence based on the Fair Sentencing Act of 2010, amended United States Sentencing Guideline Section 2D1.1 and 18 U.S.C. § 3582(c)(2). (Doc. 41). Having considered all of the above, along with Defendant's case file, the Court finds that Defendant's motion should be denied. Defendant Gamble was sentenced to a term of imprisonment using a sentencing range that was lowered by the Sentencing Commission, effective November 1, 2010. However because the Sentencing Commission has not, at this time, made the Amendment retroactive, it does not, at this time, apply to Defendant. Should the sentencing Commission make the Amendment retroactive, the Court will reconsider a motion by Defendant.

Accordingly Defendant's motion is Denied.

It is so Ordered at Tampa, Florida, this 12th day of November, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copy: Le Drake Antwan Gamble
       Counsel of Record